### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER MAY, II,** | : | **CIVIL ACTION NO. 1:07-CV-1787** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **P.A. JONES,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of March, 2009, upon consideration of correspondence (Doc. 107) from the Pro-Bono Coordinator of the Federal Bar Association for the Middle District of Pennsylvania notifying the court that Andrew J. Ostrowski, Esquire, has agreed to undertake representation of plaintiff, and is seeking an additional ninety (90) days to complete discovery and respond to defendant's motion for summary judgment, it is hereby ORDERED that:

1. Plaintiff's motion for appointment of counsel (Doc. 83) is GRANTED.

2. Andrew J. Ostrowski, Esquire, is APPOINTED as pro bono counsel to plaintiff. The Clerk of Court is directed to note counsel's address on the docket sheet.

3. Plaintiff's request for an enlargement of time to conduct discovery (Doc. 107) is GRANTED. The parties shall abide by the following pretrial schedule:

    a. Any and all discovery shall be completed on or before June 10, 2009.

    b. Dispositive motions shall be filed on or before July 10, 2009.

      c.      Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

      d.      Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

4. In light of the above pretrial schedule, defendant's motion for summary judgment (Doc. 84) is DENIED without prejudice to his right to renew the motion prior to the expiration of the dispositivie motion deadline.  Plaintiff's motion for enlargement of time to respond to defendant's motion for summary judgment (Doc. 95) is DENIED as moot.

5. Plaintiff's motion for summary judgment (Doc. 97) is also DENIED without prejudice to plaintiff's right to renew the motion prior to the expiration of the dispositive motion deadline.   Defendant's motion for an enlargement of time to respond to plaintiff's motion for summary judgment (Doc.  106 ) is DENIED as moot.

        S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge