# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER MAY, II,** | : | CIVIL ACTION NO. 1:07-CV-1787 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **P.A. JONES,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 20th day of October, 2009, upon consideration of plaintiff's motion (Doc. 122) to reinstate his motion for summary judgment, as well as his request that defendant's summary judgment motion be served upon him, it is it is hereby ORDERED that:

1. Plaintiff's motion is granted to the extent that his motion for summary judgment (Doc. 97) is REINSTATED.

2. Defendant shall FILE a brief in opposition to plaintiff's motion for summary judgment on or before November 9, 2009.

3. The motion is further GRANTED in that defendant shall forthwith SERVE upon plaintiff his most recent motion for summary judgment (Doc. 111), as well as all supporting briefs and exhibits (Docs. 112-114).

4. Plaintiff shall FILE a brief in opposition to defendant's motion for summary judgment on or before November 9, 2009.

5. Replies to the motions, if any, shall be filed on or before November 23, 2009.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge