# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER MAY, II,** | : | **CIVIL ACTION NO. 1:07-CV-1787** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **P.A. JONES,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 3rd day of November, 2009, upon consideration of plaintiff's motion (Doc. 124-2) to reinstate his brief in opposition to defendant's motion for summary judgment, it is it is hereby ORDERED that:

1. Plaintiff's briefs in opposition to defendant's motion for summary judgment (Docs. 101, 102) are REINSTATED and will be considered by the court.

2. Plaintiff's exhibits (Doc. 103) and answer to statement of material facts (Doc. 104), are also REINSTATED and will be considered by the court.

3. Defendant may FILE a reply brief on or before November 23, 2009.


                                  S/ Christopher C. Conner
                                  CHRISTOPHER C. CONNER
                                  United States District Judge