# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALTER MAY, II,** | : CIVIL ACTION NO. 1:07-CV-1787 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **P.A. JONES,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 22nd day of January, 2010, upon consideration of plaintiff's motion for a stay (Doc. 139), wherein he seeks "a stay in the proceedings" because he is unable to serve three copies of each exhibit he will present at trial, and upon further consideration of the fact that the matter is not scheduled to proceed to trial until March 8, 2010, which gives plaintiff ample time to compile and copy his exhibits, which need only be brought to court on the day of trial, and not served upon defendant, it is hereby ORDERED that the motion is DENIED. Should plaintiff experience difficulty obtaining three copies of his exhibits, he should notify the court no later than February 25, 2010, and the court will, at that point, reconsider the issue.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge