# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER MAY, III,** | : | **CIVIL NO. 1:07-CV-1787** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **RONALD JONES, P.A.,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 10th day of January, 2018, upon consideration of plaintiff's motion (Doc. 177) for return of filing fees, wherein he seeks a return of filing fees based on the settlement of his claim, and the court noting that the settlement agreement provided for both parties to assume or bear their own costs, see (Doc. 178-1, Release and Settlement Agreement), and the court further noting that no basis exists for the return of filing fees in this *pro se* civil rights action, see Porter v. Dep't of Treasury, 564 F.3d 176, 180 (3d Cir. 2009); Bookwalter v. Keen, 2015 WL 7294462, at *1 (M.D. Pa. Nov. 19, 2015) (the court has "no authority to waive an inmate's not-yet-paid filing fees or refund any portion of filing fees once he has brought the action"), it is hereby ORDERED that the motion (Doc. 177) is DENIED.

         /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania